# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **SOLOMON STANLEY, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **Case No. 1:25-cv-3431-MLB** |
| : | |
| **ATLANTA FIVE PLUS HOLDINGS,** : | |
| **LLC** : | |
| **A Domestic Limited Liability Company** : | |
| : | |
| **Defendant.** : | |
| _____/ | |

## NOTICE OF SETTLEMENT

Plaintiff, Solomon Stanley ("Plaintiff") hereby notifies this Court that the parties have reached a resolution of this matter. The parties are in the process of reviewing a written settlement agreement and request that this Court stay all proceedings until at such time the parties have consummated said settlement. Plaintiff expects that the parties will file dismissal papers within fourteen (14) days.

*/s/ Pete M. Monismith*
Pete M. Monismith, Esq.
1000 Main Street, #2016
Pittsburgh, PA 15215
Ph: 724-610-1881
Pete@monismithlaw.com
***Attorney for Plaintiff***