# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| SOLOMON STANLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 1:25-cv-03431-MLB |
| | ) | |
| ATLANTA FIVE PLUS | ) | |
| HOLDINGS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER APPROVING CONSENT DECREE AND DISMISSING THIS ACTION WITH PREJUDICE

The Court, having read and reviewed the parties' Joint Stipulation for Approval of Consent Decree and for the Dismissal of this Action with Prejudice (the "Joint Stipulation") and the proposed Consent Decree attached thereto as Exhibit A, and for good cause shown, the relief requested in the Joint Stipulation is **GRANTED**. The Court shall retain jurisdiction to enforce the Consent Decree, and this action is hereby **DISMISSED** with prejudice. Each party shall bear their own attorney's fees and costs except as detailed in the Consent Decree.

SO ORDERED this 27th day of March, 2026.

_____

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE